UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN LOGAN THOMAS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:25-cv-00263-RLY-CSW |
| | ) |
| CHEMICKA NORMAN, | ) |
| SHELLEY BROWN, | ) |
| EVANSVILLE BRENTWOOD LLC, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Per this Court's prior Order (Dkt. 6) the previous deadline for Plaintiff to file an amended complaint was January 5, 2026.

Plaintiff has sought an extension of time in his *Motion For Extension of Time* (Dkt. 7). Finding good cause to support the request, the *Motion* is **GRANTED**. Plaintiff shall have thirty (30) days from the date of this Order, up to and including **February 5, 2026,** to file an amended complaint. No further extensions are anticipated absent extraordinary circumstances.

Additionally, should Plaintiff fail to file an amended complaint by February 5, 2026, the Court will consider him to have abandoned this action, and the case will be dismissed without prejudice for failure to prosecute without further warning.

**SO ORDERED.**

Date: January 6, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically via ECF to counsel of record.